FILED
CLERK, U.S. DISTRICT COURT
11/15/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ASI___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:24-cr-00689-FLA |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Protonitazene Resulting in Death] |
| BENJAMIN ANTHONY COLLINS, aka "BenzThaKidd," | |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about April 19, 2024, in Los Angeles County, within the Central District of California, defendant BENJAMIN ANTHONY COLLINS, also known as "BenzThaKidd," knowingly and intentionally distributed

//

//

Protonitazene, a Schedule I narcotic drug controlled substance, the use of which resulted in the death and serious bodily injury of B.J.

                                        A TRUE BILL


                                        /S/_____
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes
 Section

LISA J. LINDHORST
Assistant United States Attorney
General Crimes Section