UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>BENJAMIN ANTHONY COLLINS,<br><br>        Defendant. | 2:24-CR-00689-FLA<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [DKT. 16]<br><br>**TRIAL DATE:** June 16, 2025<br>**FPTC DATE:** June 6, 2025 |

    The court has read and considered the Stipulation Regarding the Parties' First Request for a (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the United States and Defendant Benjamin Collins in this matter on December 20, 2024. The court hereby finds that the Stipulation, which this court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

    The court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and

defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from January 14, 2025 to June 16, 2025 at 8:15 am and the final pretrial conference date is continued from December 27, 2024 to June 6, 2025 at 10:30 a.m.

2. The time period of January 14, 2025 to June 16, 2025, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

December 23, 2024
DATE

FERNANDO L. AENLLE-ROCHA
United States District Judge

2